JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>       Petitioner,<br><br>       v.<br><br>ROBERT BURTON, Warden,<br><br>       Respondent. | No. SACV 22-889-DDP (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is summarily dismissed.

DATED: May 24, 2023

_____
DEAN D. PREGERSON
United States District Judge